UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DAWN SIMS,

        Plaintiff,                             CASE NO. 1:16-CV-356

v.

                                           HON. ROBERT J. JONKER

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on May 20, 2016. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge, filed May 20, 2016, is approved and adopted as the opinion of the court.

        IT IS FURTHER ORDERED that this matter is DISMISSED pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this Court.

Dated:    June 14, 2016               /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                CHIEF UNITED STATES DISTRICT JUDGE